# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00659-CV

**Michael F. Halay, Appellant**

**v.**

**MBNA American Bank N.A., Appellee**

## FROM THE COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
## NO. 2006CV0242, HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Michael F. Halay has notified this Court that this case has settled and has filed an unopposed motion to dismiss his appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellant's Motion

Filed:   April 9, 2008